Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Benjamin Seal
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 1 9 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EDUARDO ANGEL IBARRA (a/k/a "G6" and "Lalo"), <br><br> Defendant. | INDICTMENT 1:24-CR-2066-SAB-1 <br><br> Vio.: 18 U.S.C. §§ 922(g)(1), 924(a)(8), Felon in Possession of Ammunition <br><br> 18 U.S.C. § 924(d), 28 U.S.C. 2461(c) Forfeiture Allegations |

The Grand Jury charges:

On or about June 7, 2024, in the Eastern District of Washington, the Defendant, EDUARDO ANGEL IBARRA (a/k/a "G6" and "Lalo"), knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting commerce at least one round of ammunition, to wit: Hornady 9mm Luger+P and

INDICTMENT - 1

Ammon Inc. 9mm Luger, which had been transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), as set forth in this Indictment, Defendant, EDUARDO ANGEL IBARRA (a/k/a "G6" and "Lalo"), shall forfeit to the United States of America, any ammunition involved or used in the commission of the offense.

DATED this 19th day of September 2024.

*Vanessa Waldref*

_____
Vanessa R. Waldref
United States Attorney

*Caitlin Baumsgard*

_____
Caitlin Baumsgard
Assistant United States Attorney

*Benjamin Seal*

_____
Benjamin Seal
Assistant United States Attorney

INDICTMENT - 2